CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Juan Bautista Vega-Vega<br>YOB: 1960; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-04464MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 11, 2020, at or near Lukeville, in the District of Arizona, **Juan Bautista Vega-Vega**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Del Rio, Texas on July 2, 2015, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Juan Bautista Vega-Vega** is a citizen of Mexico. On July 2, 2015, **Juan Bautista Vega-Vega** was lawfully denied admission, excluded, deported and removed from the United States through Del Rio, Texas. On March 11, 2020, agents found **Juan Bautista Vega-Vega** in the United States at or near Lukeville, Arizona, without the proper immigration documents. **Juan Bautista Vega-Vega** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>LMG2/JJO<br>AUTHORIZED AUSA /s/Liza Granoff | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br><br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 12, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54